01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

09 GREGORY A. LANE,  )
                    )  Case No. C06-1527-JPD
10     Plaintiff,   )
                    )
11  v.              )
                    )  ORDER GRANTING PARTIES'
12 MICHAEL J. ASTRUE, Commissioner )  STIPULATED MOTION FOR
   Social Security Administration,[1] )  EXTENSION OF TIME
13                  )
       Defendant.   )
14 _____ )

15    This matter comes before the Court upon the parties' stipulated motion for an extension

16 of time. Dkt. No. 13. Having carefully considered the parties' motion and the balance of the

17 record, the Court ORDERS as follows:

18    (1)    The parties' stipu lated motion for extension of time (Dkt. No. 13) is GRANTED.

19 The briefing schedule for this case is amended. Because plaintiff has already filed his opening brief

20 (Dkt. No. 11), the Court permits defendant to file his responsive brief no later than **March 16,**

21 **2007**. Plaintiff shall file his optional reply brief no later than **March 30, 2007**.

22    (2)    No further extensions will be granted absent a showing of good cause.

23

24 _____

   [1] On February 12, 2007, Michael J. Astrue became the Commissioner of the Social
25 Security Administration. Therefore, pursuant to Rule 25(d)(1) of the Federal Rules of Civil
   Procedure, Michael J. Astrue is substituted for former Commissioner Jo Anne B. Barnhart as
26 the defendant in this suit.

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR EXTENSION OF TIME
PAGE - 1

01        DATED this 16th day of February, 2007.

_James P. Donohue_
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PARTIES' STIPULATED
MOTION FOR EXTENSION OF TIME
PAGE - 2