UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREGORY A. LANE,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 2:06-cv-1527-JPD<br><br><br><br>ORDER FOR REMAND |

    Based upon review of the file, and noting the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings as set out in the stipulation of the parties.

    On remand, an Administrative Law Judge (ALJ) will be directed to give further consideration to the opinions of the treating physicians, particularly Stephen Thielke, M.D., and Jeffrey Brown, M.D., and explain the weight accorded to such opinion evidence. See 20 C.F.R. §§ 404.1527, 416.927; see also Social Security Ruling (SSR) 96-5p, available at 1996 WL

Page 1       ORDER - [2:06-cv-1527-JPD]

374183 and SSR 96-2p, available at 1996 WL 374188.  The ALJ will be directed to further evaluate Plaintiff's mental impairments in accordance with the special technique described in 20 C.F.R. §§ 404.1520a, 416.920a.  The ALJ will be directed to evaluate the lay witness evidence and state the weight accorded pursuant to 20 C.F.R. §§ 404.1513(d)(3), 416.913(d)(3), and SSR 06-3p.  The ALJ will be directed to reassess the materiality of drug and alcohol abuse.  20 C.F.R. §§ 404.1535, 416.935.  The ALJ will be directed to reassess Plaintiff's residual functional capacity.  If necessary, the ALJ will be directed to obtain vocational expert testimony at steps four and five of the sequential evaluation process.  The ALJ will be directed to take any further action necessary to render a new decision in this matter.

Reasonable attorney fees will be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

DATED this 15th day of March, 2007.

／s／ James P. Donohue  
JAMES P. DONOHUE  
United States Magistrate Judge

Presented by:

s/ Terrye E. Shea   WSB # 27609  
Special Assistant U.S. Attorney  
Office of the General Counsel  
701 Fifth Ave, Ste 2900  
Seattle, WA 98104  
Phone: (206) 615-2143  
Fax: (206)615-2531  
terrye.shea@ssa.gov